UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Khair M. Reddick                                      Docket No. 5:16-MJ-1283-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Khair M. Reddick, who, upon an earlier plea of guilty to Driving While Impaired Level 5, in violation of 18 U.S.C. §13, assimilating NCGS 20-138.1, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on April 3, 2017, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 17, 2017, the defendant provided a urine specimen which later tested positive for cocaine. When confronted with the results, the defendant admitted to cocaine use and signed a voluntary admission. He denies any cocaine use since his May 17, 2017, positive urine screen. In response to this violation, we would request the standard drug aftercare condition be added to address the defendant's substance abuse issue. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>150 Rowan Street, Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2545<br>Executed On: June 6, 2017 |

**ORDER OF THE COURT**

Considered and ordered on June 7, 2017. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge